201116656
(kdrinan)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| IN RE: | : | Case No. 11-32505 |
| | : | |
| Joseph L. Hampton | : | Chapter 11 |
| | : | |
| Debtor | : | Judge Lloyd |

**AGREED ORDER FOR ADEQUATE PROTECTION OF JPMORGAN CHASE BANK, N.A.,
SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LCC**
**(filed June 4, 2012 under docket 108)**
<u>**(PROPERTY: 6504 Rod-N-Reel Court, Louisville, KY  40229)**</u>

This matter is before this Court upon the Motion for Relief from Stay Adequate Protection filed by Movant, JPMorgan Chase Bank, N.A., Successor by Merger to Chase Home Finance, LLC ("Movant"), against the debtor, Joseph L. Hampton ("Debtor") filed June 4, 2012 under docket 108.  The parties agree and the Court hereby makes the following FINDINGS OF FACT, CONCLUSIONS OF LAW and ORDERS:

General Findings of Fact:

A.  The Debtor filed with this Court a voluntary petition for relief pursuant to Chapter 11, Title 11, United States Code (the "Bankruptcy Code") on May 19, 2011 (the "Petition Date").  Since the

Petition Date, the Debtor has continued to own the subject property.

B. Movant is the owner and holder of a Promissory Note (the "Note"), and Open-End Mortgage detailed below (collectively the "Loan Documents").

C. The Note is dated July 22, 2004, in the face amount of $88,325.00. (Copy attached hereto as Exhibit "A").

D. The Debtors is in arrears on certain payments on the Note.

E. The Note is secured by a Mortgage on real estate commonly known as 6504 Rod-N-Reel Court, Louisville, KY 40229 which property is owned and occupied by the Debtor as investment property. The Mortgage was recorded in the Office of the Jefferson County Recorder on July 23, 2004 under Document Number DW2004128225. (Copy attached as Exhibit "B").

F. The Debtor has reviewed the Loan Documents. As a result, the Debtor agrees and acknowledges that the obligations owing Movant pursuant to the Note is secured by valid mortgage lien.

G. The Debtor agrees and acknowledges that Movant recorded the mortgage to perfect its lien as required by law. Thus, the Debtor agrees and acknowledges, and forever waives and releases any right to contest, that Movant has valid, perfected and enforceable priority liens, mortgages and security interests in the real property.

H. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(D).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED effective as of the Petition Date that:

1. The Motion is hereby granted based on the terms and conditions contained herein.

2. The Debtor and Movant agree and acknowledge that:

(a) Debtor shall make each and every monthly mortgage payment hereafter beginning August 2012, and continuing each and every month thereafter.

(b) Debtor shall have six (6) months, from the entry of this Agreed Order, in which to finalize a loan modification agreement with Creditor or to file a plan of reorganization to address the mortgage loan arrearages.

(c) This Order shall be incorporated into any Plan of Reorganization in full.

(d) If the Debtor defaults in his obligation to make the regular monthly mortgage payments as described in subsection(a), such that the default is not cured by the due date of the next installment, or, if the Debtor fails to comply with any of the other covenants, terms or conditions of this Agreed Order, then, or in either one of those events, or in any of them, the automatic stay imposed by Section 362 of the Bankruptcy Code shall be automatically modified by agreement of the parties and without further order from this Court. Upon the occasion of a default, and upon 10 days written notice provided to debtor and his counsel, Movant shall file a notice with this court and serve same upon Debtor and Debtor's counsel specifying the occasion of default. Said notice shall not give Debtor any further rights to re-institute the stay or obtain a Section 105 Order.

(e) In the event that the automatic stay is lifted, terminated, annulled or modified in favor of any person or entity with

respect to the real estate described in the mortgage, then the automatic stay as against Movant shall be and hereby is lifted, terminated, annulled or modified in favor of Movant, without further application to the Court by Movant, and Movant shall be permitted to exercise any and all rights with respect to the affected real estate.

(f) Nothing contained in this Order shall constitute a waiver or modification by Movant of any rights, claims, privileges or interest that Movant has or may have under any agreements or documents or by virtue of any law, and nothing herein shall prejudice any right of Movant to seek adequate protection, relief from the automatic stay, appointment of a trustee, conversion of these cases to cases under Chapter 7 of the Bankruptcy Code or to exercise any other rights and remedies afforded by the Bankruptcy Code or other applicable law.

IT IS SO ORDERED.

DATED: September 12, 2012

Joan A. Lloyd
United States Bankruptcy Judge
Dated: October 1, 2012

AGREED:

/s/ Joel K. Jensen
Joel K. Jensen
Lerner, Sampson & Rothfuss, LPA
Attorneys for Creditor
P.O. Box 5480
Cincinnati, Ohio  45201-5480
P: (513) 241-3100, Ext. 3349
F: (513) 354-6464
E: wkybk@lsrlaw.com


/s/ Hon. Christopher T. Kurtz
Hon. Christopher T. Kurtz
Kurtz and Kurtz Attorneys
2721 Taylorsville Road
Louisville, KY 40205
P: 502-423-0846

F: 502-423-8131
E: ctkkurtz@aol.com


COPIES TO:

Hon. Jan C. Morris
Lowen & Morris
125 S. 6th Street, 3rd Floor, Suite 300
Louisville, KY 40202
lmattys@bellsouth.net

Joseph J. Golden, U.S. Trustee
Office of the U.S. Trustee
601 W. Broadway, #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

John R. Stonitsch
Office of the US Trustee
601 West Broadway, Suite 512
Louisville, KY 40202
john.r.stonitsch@usdoj.gov

Joseph L. Hampton
10533 A. Timberwood Circle
Louisville, KY 40223

Carol Hampton
10533 A. Timberwood Circle
Louisville, KY 40223

PBI Bank, Successor by Merger to Bullitt County Bank
C/O Sharon Satterly
162 South Buckman Street
Shepherdsville, KY 40165

Park Lake, LLC
C/O James Mitchell
325 W. Main Street, #2000
Louisville, KY 40202

Hon. Joel K. Jensen
Lerner, Sampson & Rothfuss, LPA
P.O. Box 5480
Cincinnati, Ohio 45201-5480
wkybk@lsrlaw.com